**FILED**
FEB 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Jose Federico GONZALEZ-Bejarano <br><br> Defendant. | Magistrate Case No.: '08 MJ 8162 <br><br> COMPLAINT FOR VIOLATION OF <br><br> 21 U.S.C. § 952 and 960 <br> Importation of a Controlled Substance <br> (Felony) |

The undersigned complainant being duly sworn states:

That on or about February 23, 2008, within the Southern District of California, defendant Jose Federico GONZALEZ-Bejarano did knowingly and intentionally import approximately 34.64 kilograms (76.21 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
LORENA MULVIHILL
Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, February 25, 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Lorena Mulvihill with the U.S. Immigration and Customs Enforcement, declare under penalty of perjury, the following is true and correct:

On February 23, 2008, at approximately 0742 hours, Jose Federico GONZALEZ-Bejarano entered the United States from the Republic of Mexico at the Calexico California West Port of Entry. GONZALEZ was the driver and sole occupant of a 1988 Ford Bronco bearing Baja California, Mexico license plate number BBT5761. Customs and Border Protection Officers searched the vehicle GONZALEZ was driving and discovered thirty-seven (37) packages containing a green leafy substance concealed within the gas tank of the vehicle. A sample from one of the packages was obtained which field-tested positive for marijuana. The combined weight of the 37 packages was 34.64 kilograms (76.21 pounds) of marijuana.

GONZALEZ was advised of his Constitutional rights according to Miranda, which he acknowledged and waived, agreeing to be interviewed. GONZALEZ admitted knowledge of the marijuana in the vehicle. VALDEZ stated he agreed to drive the vehicle across the border from Mexicali, MX to the United States for financial gain.

Executed on February 23, 2008 at 2100 hours.

_____
Special Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on February 23, 2007, in violation of Title 21, United States Code, Sections 952 and 960.

_____
United States Magistrate Judge

2-24-08 @ 11:15 PM
Date/Time