FILED
MAR 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Criminal Case No. 08CR847-LAB |
| Plaintiff,       ) | I N F O R M A T I O N |
| v.                               ) | Title 21, U.S.C., Secs. 952 and 960 – Importation of Marijuana (Felony) |
| JOSE FEDERICO GONZALEZ-BEJARANO, ) | |
| Defendant.       ) | |

The United States Attorney charges:

On or about February 23, 2008, within the Southern District of California, defendant JOSE FEDERICO GONZALEZ-BEJARANO, did knowingly and intentionally import approximately 34.64 kilograms (76.21 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: March 20, 2008.

KAREN P. HEWITT
United States Attorney

/s/ DOUGLAS KEEHN
DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
3/20/08