# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER **08CR 847-LAB** |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| **Jose Federico Gonzalez-Bejarano** | ) | Booking No. **06028298** |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **7/28/08**
the Court entered the following order:

**✓** Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

**✓** Other. **Probation 5 years**

LARRY A. BURNS
UNITED STATES ~~MAGISTRATE~~ **DISTRICT** JUDGE
OR
W. SAMUEL HAMRICK, JR., Clerk
by _____ Deputy Clerk

Received _____ #3081
DUSM

Crim-9   (Rev 6-95)

T. WACHAM

CLERKS' COPY